1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12

_____
                                                              )
BRENDA JOYCE LITTLE,                      )
                                                              )         No. C13-1284RSL
                               Plaintiff,              )
        v.                                                 )
                                                              )         ORDER DENYING DEFENDANT'S
WASHINGTON STATE, *et al.*,              )         MOTION TO STAY
                                                              )
                               Defendants.         )
_____)

13      This matter comes before the Court on "Washington State Bar Association Board

14 of Governors' Motion to Stay Plaintiff's Motion for Declaratory Judgment Based Upon 1933

15 Legislature's Unconstitutional Delegation of Pure Legislative Powers." Dkt. # 18. The Court

16 has resolved the underlying motion on jurisdictional grounds. Defendant's request for a stay is

17 DENIED as moot.

18

19      Dated this 12th day of December, 2013.

20      *Mk S Lasnik*

21      Robert S. Lasnik
        United States District Judge

22
23
24
25
26

ORDER DENYING DEFENDANT'S
MOTION TO STAY