UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
BRENDA JOYCE LITTLE,                    )
                                        )  No. C13-1284RSL
              Plaintiff,                )
      v.                                )
                                        )  ORDER DENYING PLAINTIFF'S
WASHINGTON STATE, *et al.*,             )  MOTION FOR SANCTIONS
                                        )
              Defendants.               )
_____)

This matter comes before the Court on plaintiff's "Motion for Sanctions Under 28 U.S.C. § 1927 or Under Court's Own Inherent Powers." Dkt. # 23. Plaintiff argues that the attorneys for the State of Washington have attempted to mislead the Court regarding the procedural history of plaintiff's claims and/or the law of res judicata and that the filing of a motion to dismiss in this case is merely a delay tactic that should be sanctioned. Plaintiff also argues that counsel's use of [sic] when quoting from plaintiff's memoranda is sanctionable.

The Court disagrees. As discussed in the order of dismissal, plaintiff filed legally defective claims against the State of Washington. The fact that opposing counsel drew attention to the impediments to her claims on behalf of his client does not constitute bad faith, fraud, or brazenly unethical behavior. Nor does the use of an accepted convention to indicate a quotation that contains nonstandard grammar and/or spelling amount to anything other than a faithful rendition of plaintiff's sometimes difficult prose. Her leap from counsel's unspecified use of [sic] to charges of race baiting is unsupported, unreasonable, and irresponsible.

ORDER DENYING PLAINTIFF'S
MOTION FOR SANCTIONS

1       Plaintiff's request for sanctions is DENIED.

3       Dated this 12th day of December, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR SANCTIONS       -2-