1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

_____
                                                                    )
8    BRENDA JOYCE LITTLE,                            )
                                                                    )          No. C13-1284RSL
                                   Plaintiff,              )
9                          v.                                  )
                                                                    )
10   WASHINGTON STATE, *et al.*,                 )          ORDER DENYING BURTON
                                                                    )          DEFENDANTS' MOTION TO
                                                                    )          DISMISS
11                                 Defendants.          )
_____)

12

13              This matter comes before the Court on "Defendant Kenneth Burton and Jane Doe

14   Burton's Motion to Dismiss and Joinder" in other defendants' motions.  Dkt. # 44.  Defendants

15   argue that plaintiff's allegations do not satisfy the requirements of Fed. R. Civ. P. 8(a) and that

16   her claims are barred by the doctrines of res judicata and collateral estoppel.  Defendants do not,

17   however, acknowledge or address the allegations in the complaint specific to them or make any

18   effort to show that the allegations fail to give rise to a plausible claim for relief under 42 U.S.C.

19   § 1985(3).  Nor do defendants provide facts or legal authority showing res judicata or collateral

20   estoppel bars plaintiff's claims against them.  The sum total of defendants' analysis is a

21   wholesale incorporation of the motions filed by other defendants.  Defendants' reliance on these

22   motions is unhelpful:  none of them addresses the specific allegations related to Mr. Burton or

23   otherwise shows that plaintiff is barred from asserting claims against him.

24

25              Because defendants failed to make an initial showing that they are entitled to

26

ORDER DENYING BURTON
DEFENDANTS' MOTION TO DISMISS

1    dismissal under Fed. R. Civ. P. 12(b)(6), the Court need not consider plaintiff's late-filed

2    response memorandum (Dkt. # 49).  The Burton defendants' motion to dismiss is DENIED.

3

4

5            Dated this 12th day of December, 2013.

6

7                                    Robert S. Lasnik
                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING BURTON
DEFENDANTS' MOTION TO DISMISS          -2-